UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FILED

MAY 3 0 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SILVANO VILLAREAL,<br><br>　　　　　Defendant. | No. 2:18-cr-00023 KJM<br><br>ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release SILVANO VILLAREAL;

Case No. 2:18-cr-00023 KJM, from custody for the following reasons:

___Release on Personal Recognizance

___Bail Posted in the Sum of $

　　　　　___ Unsecured Appearance Bond

　　　　　___ Appearance Bond with 10% Deposit

　　　　　___ Appearance Bond with Surety

　　　　　___ Corporate Surety Bail Bond

_X_ (Other): Time Served

Issued at Sacramento, California on 5/30/18, at 10:28am

　　　　　　　　　　　　　　　　　Kimberly J. Mueller
　　　　　　　　　　　　　　　　　United States District Judge